ALAMEDA BOOKS, INC., a California corporation; Highland Books, Inc., a California corporation, Plaintiffs–Appellees,

v.

**CITY OF LOS ANGELES,**
**Defendant–Appellant.**

**No. 98–56200.**

United States Court of Appeals,
Ninth Circuit.

July 8, 2002.

---

* Tom L. Carey is substituted for his predecessor, Anthony Newland. *See* Fed. R.App. P.

Before: BOOCHEVER, HAWKINS, and THOMAS, Circuit Judges.

## ORDER

This case is remanded to the district court for further proceedings consistent with *City of Los Angeles v. Alameda Books, Inc., et al.,* —— U.S. ——, 122 S.Ct. 1728, 152 L.Ed.2d 670 (2002).